AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate


CLERK'S OFFICE
A TRUE COPY
Dec 01, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two USPS Priority Mail packages bearing USPS tracking numbers 9405 5362 0624 9311 9701 01 and 9405 5362 0624 9311 9700 95 | Case No. 25 MJ 187 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail package bearing USPS tracking number 9405 5362 0624 9311 9701 01, addressed to "ELIZABETH PHILLIPS 360 BOWDEN DR HAMILTON GA 31811-6907."
And USPS Priority Mail package bearing USPS tracking number 9405 5362 0624 9311 9700 95, addressed to "DEREK LEGAULT 24875 PRIELIPP RD APT 613 WILDOMAR CA 92595-7796." Both currently held at the USPIS office in Milwaukee, WI.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before __12/15/2025__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Honorable William E. Duffin__.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12/01/2025 at 2:35 p.m.__   *William E. Duffin*
                                                    *Judge's signature*

City and state: __Milwaukee, Wisconsin__   __Honorable William E. Duffin, U.S. Magistrate Judge__
                                            *Printed name and title*

Case 2:25-mj-00187-WED   Filed 12/01/25   Page 1 of 11   Document 1

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|
|  |

| **Certification** |
|---|

　　　　I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Executing officer's signature*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
*Printed name and title*

CLERK'S OFFICE
A TRUE COPY
Dec 01, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
) Case No. 25 MJ 187
Two USPS Priority Mail packages bearing USPS tracking numbers 9405 5362 0624 9311 9701 01 and 9405 5362 0624 9311 9700 95 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail package bearing USPS tracking number 9405 5362 0624 9311 9701 01, addressed to "ELIZABETH PHILLIPS 360 BOWDEN DR HAMILTON GA 31811-6907." And USPS Priority Mail package bearing USPS tracking number 9405 5362 0624 9311 9700 95, addressed to "DEREK LEGAULT 24875 PRIELIPP RD APT 613 WILDOMAR CA 92595-7796." Both currently held at the USPIS office in Milwaukee, WI.

located in the **Eastern** District of **Wisconsin**, there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1); 21 U.S.C. § 843(b); 21 U.S.C. § 846 | Distribution and Possession with Intent to Distribute a Controlled Substance; Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance; Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
see attached Affidavit.

☑ Continued on the attached sheet.
☑ Delayed notice of  30  days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jason Wick*
Applicant's signature

Jason Wick, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 12/01/2025

*William E. Duffin*
Judge's signature

City and state: Milwaukee, Wisconsin    Honorable William E. Duffin, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF

# AN APPLICATION FOR A SEARCH WARRANT

I, Jason W. Wick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin. I have been a federal law enforcement officer since August 2009. From August 2009 to July 2014, I served as a Special Agent with the Drug Enforcement Administration and from July 2014 to the present day, with USPIS.

2. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking, and identity theft involving the United States Mail.

3. I have participated in numerous complex organized crime investigations which involved violations of state and federal controlled substances laws and other related offenses. Specifically, the execution of search warrants, surveillance, planning undercover transactions and debriefing confidential sources. In addition, participated and authored federal Title III wiretap investigations.

4. I have had both formal training and have participated in numerous complex organized crime investigations. More specifically, my training and experience include the following:

    a. I have participated in numerous search warrants where controlled substances, drug paraphernalia, and organized crime records were seized;

1

b. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale;
c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;
d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;
e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking;
f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets to avoid scrutiny from law enforcement officials; and
g. I am familiar with how criminal organizations use the USPS and other parcel delivery organizations to circumvent the law enforcement inspection process.

5. Based on my training received at the Federal Law Enforcement Training Center (FLETC), Quantico, VA (DEA Academy), personal experience, on the job training, and working with other Postal Inspectors and North Central, High Intensity Drug Trafficking Area "HIDTA" drug task force officers, I understand the basic fundamentals of narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

## PURPOSE OF AFFIDAVIT

6. This affidavit is made in support of a Federal Search and Seizure Warrant for **SUBJECT PARCEL 1 and SUBJECT PARCEL 2** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled

2

Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

7. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for two USPS Priority Mail pieces (**SUBJECT PARCEL 1 and SUBJECT PARCEL 2**). **SUBJECT PARCEL** 1 is described as 8.68" L x 5.43" W x 1.75" H, white small flat rate box, weighing approximately 4.7 ounces and bearing US postage and USPS tracking number 9405 5362 0624 9311 9701 01. **SUBJECT PARCEL 1's** US Postage paid label has the mailed from zip code of 53018 "Delafield, WI". The postage paid was $10.51. **SUBJECT PARCEL 1's** printed label area is addressed to "ELIZABETH PHILLIPS 360 BOWDEN DR HAMILTON GA 31811-6907." **SUBJECT PARCEL 1's** printed label area was sent from "BRITTANY WEBBER 435 WELLS ST #2 DELAFIELD WI 53018-1418."

8. **SUBJECT PARCEL 2** is described as 8.68" L x 5.43" W x 1.75" H, white small flat rate box, weighing approximately 4.5 ounces and bearing US postage and USPS tracking number 9405 5362 0624 9311 9700 95. **SUBJECT PARCEL 2's** US Postage paid label has the mailed from zip code of 53018 "Delafield, WI". The postage paid was $9.26. **SUBJECT**

3

**PARCEL 2's** printed label area is addressed to "DEREK LEGAULT 24875 PRIELIPP RD APT 613 WILDOMAR CA 92595-7796." **SUBJECT PARCEL 2's** printed label area was sent from "BRITTANY WEBBER 435 WELLS ST #2 DELAFIELD WI 53018-1418."

## INVESTIGATION OF SUBJECT PARCEL 1 and SUBJECT PARCEL 2

9. I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances from the Eastern District of Wisconsin to states throughout the U.S. Controlled substance distribution operations have been known to use non-drug source geographic regions to distribute material from. Criminal elements will acquire large amounts of controlled substances, synthesized compounds, and/or precursor element material to manufacture controlled substances. These controlled substances are then shipped from non-drug source areas to evade law enforcement detection and/or suspicion of illegal activity. Criminal organizations will use what appears to be a legitimate e-business and/or e-hub shipping platform with electronic postage. Third party logistics platforms manage shipping processes, postage label generation, packing, and delivery for such businesses. Examples of suspicious shipping companies using e-business platforms include erroneous LLCs not registered with the source area's Secretary of State, erroneous "From" or "Return Addresses", postage purchased through various e-banking processes, and bulk mailings of parcels w/ similar weights/dimensions.

10. I, along with other Postal Inspectors, conduct routine examinations of Postal Service databases and the outside of parcels traveling in the USPS Priority Mail and Express Mail to and from the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

4

Case 2:25-mj-00187-WED    Filed 12/01/25    Page 7 of 11    Document 1

11. At approximately 1:39 PM, November 22, 2025, **SUBJECT PARCEL** 1 was accepted into the USPS mail system in Delafield, WI. At approximately 5:16 PM, November 21, 2025, **SUBJECT PARCEL 2** was accepted into the USPS mail system in Brookfield, WI. On November 24, 2025, USPIS Milwaukee intercepted **SUBJECT PARCEL 1 and SUJBECT PARCEL 2** for further inspection.

12. Visual examination of the exterior revealed **SUBJECT PARCEL** 1 was addressed in the following manner:

From:	BRITTANY WEBBER
	435 WELLS ST
	#2
	DELAFIELD, WI 53018-1418

To:	ELIZABETH PHILLIPS
	360 BOWDEN DR
	HAMILTON GA 31811-6907

13. No phone numbers or other information were listed on **SUBJECT PARCEL 1**.

14. Visual examination of the exterior revealed **SUBJECT PARCEL 2** was addressed in the following manner:

From:	BRITTANY WEBBER
	435 WELLS ST
	#2
	DELAFIELD, WI 53018-1418

To:	DEREK LEGAULT
	24875 PRIELIPP RD APT 613
	WILDOMAR CA 92595-7796

15. No phone numbers or other information were listed on **SUBJECT PARCEL 2.**

### *CLEAR and K9 alert to* **SUBJECT PARCEL 1 and SUBJECT PARCEL 2**

16. I conducted a search of the Thomson-Reuters CLEAR database for information for the addressed recipient of **SUJBECT PARCEL 1**: Elizabeth Phillips, 360 Bowden Dr. Hamilton,

GA 31811. The Thomson-Reuters CLEAR database returned a record associating this person residing at the listed address. I also conducted a search of the Thomson-Reuters CLEAR database for information about the sender of **SUBJECT PARCEL 1**: Brittany Webber, 435 Wells St #2 Delafield, WI 53018. The Thomson-Reuters CLEAR database returned no records regarding this person currently residing at the listed sender address. I conducted a search of the Thomson-Reuters CLEAR database for information for the addressed recipient of **SUJBECT PARCEL 2**: Derek Legault, 24875 Prielipp Rd. Apt 613 Wildomar, CA 92595. The Thomson-Reuters CLEAR database returned a record associating this person residing at the listed address. I also conducted a search of the Thomson-Reuters CLEAR database for information about the sender of **SUBJECT PARCEL 2**: Brittany Webber, 435 Wells St #2 Delafield, WI 53018. The Thomson-Reuters CLEAR database returned no records regarding this person currently residing at the listed sender address. Based on my training, experience, and discussions with fellow Postal Inspectors, it is a common practice in postal based drug trafficking for members to use fictitious names/addresses and/or actual locations as a ruse to evade law enforcement detection as a legitimate parcel.

17. On November 25, 2025, USPIS Postal Inspector Jason Wick met with Waukesha County Deputy Schutte and his Canine/K9 partner "Chance." Together, Deputy Schutte and Chance are a certified Police dual purpose Patrol/ Narcotic Detection Team, that are accredited through American Police Canine Association (APCA) as well as through Jessiffany Canine Services LLC. Chance is trained to detect the odor of controlled substances; these substances include marijuana, cocaine, heroin, methamphetamine, mdma etc., as well as other dangerous drugs due to chemical processing similarities; that upon location of the odor of these controlled substances, the canine's behavior will change when working a narcotic odor; the canine is trained to come to a final indication or response at the source of the odor; furthermore, this final indication

or response or "Alert" may also indicate items recently contaminated with, or associated with, the odor of one or more controlled substances. Deputy Schutte states that during training and law enforcement operations, Chance has alerted to the presence of controlled substances that he is trained to detect, over 500 times between training and his current assignment to third shift patrol. Deputy Schutte and Chance were most recently certified on May 3, 2025.

18. On November 25, 2025, Deputy Schutte placed **SUBJECT PARCEL 1** into a cardboard box on the floor in the Waukesha County Drug Task Force hallway along with four other similar empty cardboard boxes. Deputy Schutte indicated Canine/K9 Chance located and alerted to the parcel known to be **SUBJECT PARCEL 1**.

19. On November 25, 2025, Deputy Schutte placed **SUBJECT PARCEL 2** into a cardboard box on the floor in the Waukesha County Drug Task Force hallway along with four other similar empty cardboard boxes. Deputy Schutte indicated Canine/K9 Chance located and alerted to the parcel known to be **SUBJECT PARCEL 2**.

20. Deputy Schutte informed me Canine/K9 Chance's alert to **SUBJECT PARCEL 1 and SUBJECT PARCEL 2** indicated the presence of controlled substances or other items, such as proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

21. Based upon the information as outlined in this affidavit, I strongly believe **SUBJECT PARCEL 1 and SUBJECT PARCEL 2** may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open this parcel and search its contents for evidence of controlled substance trafficking. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1)

(Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

22. I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

23. **SUBJECT PARCEL 1 and SUBJECT PARCEL 2** are currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

24. Further, it is respectfully requested that this Court issue an order pursuant to Title 18 U.S.C. § 3103a(b), finding that immediate notification may have an adverse result listed in Title 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized for a period up to 30 days, unless an extension is requested. I believe that immediate notification of the contents of this affidavit and related documents may have a significant and negative impact on the investigation into Postal based drug trafficking and may severely jeopardize its effectiveness.